GRAY and Others *v.* MORRISON and Another.

APPEAL from the *Dearborn* Court of Common Pleas.
*Per Curiam.*—The judgment in this case is reversed
upon the authority of *Williamson* v. *Ash*, 7 Ind. R. 495,
the facts of the two cases being substantially alike, and
involving the same legal principle. Ind. Dig., p. 404, §§
26, 27.

*Thursday,
June 9.*

The judgment is reversed with costs. Cause remanded
with instructions to be governed in the decision by the case
above cited.

*T. Gazlay*, for the appellants.